(136 So. 743)

**Jesse I. POUNCEY v. STATE.**

**4 Div. 572.**

Supreme Court of Alabama.

June 11, 1931.

Rehearing Denied Oct. 15, 1931.

Sollie & Sollie and C. O. Stokes, all of Ozark, for petitioner.

Thos. E. Knight, Jr., Atty. Gen., for the State.

**PER CURIAM.**

Petition of Jesse I. Pouncey for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Pouncey v. State, 136 So. 741.

Writ denied.

ANDERSON, C. J., and GARDNER, BOULDIN, and FOSTER, JJ., concur.